1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

THE HONORABLE MARSHA J. PECHMAN

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY et al.<br><br>    Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY et al.<br><br>    Defendants. | USDC Case No. 2:10-cv-00373-MJP<br><br><br>**JOINT PROPOSED PRETRIAL ORDER**[1]<br><br>Trial Date: July 6, 2011 |

## FEDERAL JURISDICTION

The Court has original jurisdiction under 28 U.S.C. §1332.  The case was originally filed in King County Superior Court.  Ford Motor Company ("Ford") removed the case in a timely manner to this Court under 28 U.S.C. §1441.  The case is a civil action between citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

## CLAIMS AND DEFENSES

Pacific Sheet Metal's ("PSM") industrial warehouse in Seattle, Washington suffered a fire loss on January 7, 2009.  Plaintiff Scottsdale Insurance Company "Scottsdale," the property insurer for PSM, paid approximately $4.7 million to PSM for the loss.  Scottsdale contends the fire was

---

[1]   The parties have cooperated in reducing each side's exhibits as much as possible.  However, they anticipate further reduction in the number of exhibits and, if that occurs, a Supplemental Joint Pretrial Order will be submitted to the court.

JOINT PROPOSED PRETRIAL ORDER
(No. 2:10-cv-00373-MJP) - 1

LAW OFFICES OF
**MILLS MEYERS SWARTLING**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

1  caused by a defect in a 2004 Ford F-550 truck that had been parked in the building overnight.

2  Scottsdale also contends that the truck did not have adequate warnings or instructions.

3      Under its policy, Scottsdale paid PSM for building damages, business personal property,

4  business interruption and debris removal.  Scottsdale now seeks recovery of these amounts from

5  Defendant Ford Motor Company ("Ford").   Scottsdale contends it is entitled to recover the

6  replacement cost, not just actual cash value, of the building and business personal property, due to

7  the circumstances in this case.

8      Defendant Ford denies the F-550 was defective and denies that any alleged defect in the

9  vehicle was the proximate cause of damage to the plaintiff.  Ford also contends that the vehicle was

10 modified after it left Ford's control and that the vehicle complies with relevant industry custom,

11 technological feasibility, and nongovernmental, legislative or administrative regulatory standards.

12     Ford further contends Scottsdale's recovery is limited to the fair market value of the building

13 and business personal property as of the time of the fire, plus the amounts actually paid by Scottsdale

14 for business interruption and debris removal.

15                               **ADMITTED FACTS**

16     The following facts are admitted by the parties:

17     3.1     Late in the evening of January 7, 2009, a warehouse owned by PSM burned to the

18 ground.  No one was inside the warehouse at the time the fire started, and no equipment was

19 operating at that time.

20     3.2     The Seattle Fire Department responded to the fire, but the entire main warehouse was

21 consumed during the fighting of the fire.  The Fire Department noted that the fire had apparently

22 started in the southwest corner of the building.  The winds spread the fire rapidly and thwarted

23 efforts to bring it under control.

24     3.3     PSM owned a 2004 Ford F-550 truck used for business purposes.  The truck and

25 certain of its components had been designed, installed, and manufactured by Ford.  PSM purchased

26 the 2004 Ford F-550 in 2007 as a used vehicle.  Prior to the fire, the truck had been parked inside the

27 warehouse in the southwest corner.

28

JOINT PROPOSED PRETRIAL ORDER
(No. 2:10-cv-00373-MJP) - 2

LAW OFFICES OF
**MILLS  MEYERS  SWARTLING**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON  98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

3.4     The 2004 Ford F-550 had been modified after it left the factory.   Third parties installed a new engine and a lift-bed operated by at least one electric motor after the truck was sold.

3.5     There is no evidence that arson was involved in the fire.

3.6     Scottsdale insured PSM for a portion of the loss.

### SCOTTSDALE'S FACTUAL CONTENTIONS

4.1     The fire started in the southwest corner of the PSM warehouse, specifically in the driver's side engine compartment of the 2004 Ford F-550 truck that was parked in this location.

4.2     The fire spread from the truck to the entire warehouse.

4.3     The fire started in or around the Powertrain Control Module of the Ford F-550 truck.

4.4     The fire was caused by a defect in the Ford F-550 truck, most likely a manufacturing defect involving the Powertrain Control Module, which was present in the truck at the time it left the factory.  The PCM, and its connection, had not been modified since leaving the factory.

4.5     Ford is subject to strict liability to PSM, and by extension, Scottsdale, because PSM's harm was proximately caused by the fact that the product was not reasonably safe in construction and design and lacked adequate warnings or instructions.

4.6     When the Ford truck left the control of the manufacturer, the product deviated in a material way from the design specifications or performance standards of the manufacturer, or deviated in some material way from otherwise identical units of the same product line.

4.7     When the Ford truck left the control of the manufacturer, it was not reasonably safe as designed and/or constructed and/or breached the truck's warranties.

4.8     Ford failed to adequately instruct or warn PSM that the truck could cause a fire when used in its normal and intended way.

4.9     The reasonable expectations of the user are that a Ford truck will not cause a fire when the ignition is turned off, and therefore, the Ford F-550 truck failed to meet the reasonable expectations of the user, demonstrating a defect in the truck.

4.10    There is no evidence of misuse or abuse of the truck.

4.11    PSM made almost $4 million in gross sales during its period of restoration.

JOINT PROPOSED PRETRIAL ORDER
(No. 2:10-cv-00373-MJP) - 3

LAW OFFICES OF
**MILLS  MEYERS  SWARTLING**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON  98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

4.12   PSM was able to accomplish this because it was able to replace its building and its equipment.

4.13   Had PSM only been reimbursed the actual cash value of its real property and business personal property, its business losses would have been much greater.

4.14   The rebuild of PSM's warehouse would cost approximately $2 million.

4.15   PSM also faced extended delays in its ability to rebuild at the original location due to city planned construction.  Such repairs could not be accomplished until 2013.

4.16   PSM's livelihood depended on the building and the business it housed.  PSM needed to replace this property in order to continue doing business.

4.17   The business personal property that is at issue included pieces of heavy equipment as well as tools and dyes used by PSM in its business.  Some of this equipment was undated, and the age and actual cash value for much of this equipment could not be determined.

4.18   PSM has alleged damages which were not compensated for by Scottsdale.

4.19   Scottsdale insured PSM for a portion of the loss.  John Colvard adjusted the claim on behalf of Scottsdale.  Scottsdale paid PSM approximately $4.7 million in benefits under its policy.

4.20   Scottsdale paid approximately $1.7 million with respect to the building destroyed in the fire.  This was the amount of the policy's limits.  This figure included the purchase of a new warehouse building at another location to allow PSM to continue its business operations.

4.21   Scottsdale also paid approximately $2.25 million for replacement of business personal property destroyed in the fire.  This amount constituted the limits of the Scottsdale policy.

4.22   Scottsdale's policy contained a $750,000 limit for business personal property, all of which was paid.  It also paid $10,000 for debris removal.

4.23   The property that was damaged by the fire and/or smoke and water consisted of two warehouses.  The warehouse where the fire occurred was 22,995 square feet and on a 25,925 square foot lot.  The warehouse damaged by water or smoke was 8,370 square feet and was on a 24,150 square foot lot.

JOINT PROPOSED PRETRIAL ORDER
(No. 2:10-cv-00373-MJP) - 4

LAW OFFICES OF
**MILLS  MEYERS  SWARTLING**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

4.24     The warehouse where the fire occurred was valued at $1,495,000 and the other warehouse was valued at $969,000 (both valuated using the Cost Approach as of the day of the fire).

### FORD'S FACTUAL CONTENTIONS

5.1     PSM purchased the Ford F-550 as a used vehicle.

5.2     PSM was not in privity with Ford with regard to the purchase of the 2004 F-550.

5.3     The 2004 F-550 truck complied with all applicable federal safety standards at the time of its manufacture.

5.4     The 2004 F-550 is neither defective nor unreasonably dangerous and does not present an unreasonable risk of injury or damage.

5.5     The design of the 2004 F-550 was not a proximate cause of plaintiff's damages.

5.6     At the time the 2004 F-550 left Ford's control it was reasonably safe in construction and did not deviate in a material way from Ford's design specifications or performance standards, or from otherwise identical units of the same product line.

5.7     Ford provided appropriate and adequate warnings concerning the use and operation of the vehicle.

5.8     The Ford F-550 was equipped with a Powertrain Control Module that was designed and manufactured by Visteon Corporation.

5.9     The Powertrain Control Module was reasonably safe in design.

5.10    The Powertrain Control Module was reasonably safe in construction at the time it left the factory in that it did not deviate in a material way from Ford's or Visteon's design specifications or performance standards, or from otherwise identical units of the same product line.

5.11    PSM's business personal property destroyed in the fire had no salvage value.

5.12    All of PSM's business personal property destroyed in the fire had market value and/or actual cash value at the time of the fire.

5.12    The market value/actual cash value of PSM's business personal property destroyed in the fire was at most $974,000.

5.13    The building involved in the fire measured approximately 15,576 square feet.

JOINT PROPOSED PRETRIAL ORDER
(No. 2:10-cv-00373-MJP) - 5

LAW OFFICES OF
**MILLS  MEYERS  SWARTLING**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON  98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

5.14    The building involved in the fire was contaminated with asbestos and lead.

5.15    PSM still owns the real estate on which the fire occurred, which at the time of the fire was valued at $985,000.

5.16    The value of the PSM building involved in the fire was at most $343,000 under a cost analysis and at most $28,000 under a sales comparison analysis.

### ISSUES OF LAW

The dispute between the parties centers on the following issues of law:

6.1    Was the Ford truck defective as a result of it not being reasonably safe in construction or design, because it breached Ford's express warranties, or because it did not contain adequate warnings or instructions?

6.2    If the Ford truck was defective, was that condition a proximate cause of Scottsdale's damages?

6.3    Is a product manufacturer liable "as a manufacturer" for a manufacturing defect in a component part that was manufactured by a third-party?

6.4    What is the measure of damage recoverable by the Scottsdale?

6.5    Whether costs incurred by Scottsdale to mitigate damages incurred by PSM can be recovered by Scottsdale?

6.6    Is Scottsdale entitled to prejudgment interest on its claim?

6.7    The parties have asserted various evidentiary objections to categories of evidence and/or witnesses which are set forth in motions in limine on file with the Court.

### EXPERT WITNESSES

a) The names of the expert witnesses to be used by each party at the trial and issue upon which each will testify are:

JOINT PROPOSED PRETRIAL ORDER
(No. 2:10-cv-00373-MJP) - 6

LAW OFFICES OF
**MILLS MEYERS SWARTLING**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

1                            1)  On behalf of the plaintiff:

2       Liability:

3       Ron Ready - Mr. Ready is an officer with the Seattle Fire Department who was present at the

4  fire scene and investigated the fire.  Mr. Ready will testify about the investigation he conducted on

5  behalf of the Seattle  fire department, the efforts to extinguish the fire, and that the fire originated in

6  the subject Ford F-550 pickup.  He will testify consistent with his deposition.

7       Noel Putaansuu – Mr. Putaansuu is a cause and origin investigator with MDE, Inc.  He will

8  testify as to the cause and origin of the fire, and the nature of the damages he personally observed.

9  He will testify consistent with his deposition.

10      Douglas Barovsky, P.E. - Mr. Barovsky is an electrical engineer with MDE, Inc.  He will

11  testify regarding the electrical system at PSM's buildings, electrical issues surrounding the fire, and

12  elimination of various potential causes of the fire, including electrical.  He will testify consistent

13  with his deposition.

14      Cam Cope - Cam Cope is an investigator with Automotive Fire & Safety Consultants, Inc. in

15  Conroe, Texas.  Mr. Cope will testify that the fire began in the area of the driver's side engine

16  compartment, at or near the Powertrain Control Module of the Ford F-550 truck.  He will testify

17  regarding the manufacturing defect that caused the fire.  He will testify consistent with his

18  deposition.

19      Ralph Newell – Mr. Newell is an expert designated by Ford.  Mr. Newell will testify

20  regarding the cause and origin of the fire and lay a foundation for his report, which agrees that the

21  fire started in the engine compartment of the Ford truck due to an electrical cause.   He will testify

22  consistent with his deposition.

23      Damages:

24      Tim Tribe – Mr. Tribe of EPPS-CPA Consulting, Scottsdale, Arizona, has been retained by

25  Scottsdale to testify regarding Scottdale's damages, as well as reasonable replacement cost,

26  reasonable value of items lost, and business income loss and mitigation.  He will testify consistent

27  with his deposition.

28

LAW OFFICES OF
**MILLS  MEYERS  SWARTLING**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON  98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

<u>Mark Uchimara, P.E.</u> – Mr. Uchimuara was hired by Scottsdale after the fire to determine the feasibility and cost of rebuilding the destroyed premises.  He will testify regarding these matters.

<u>James Price</u> - Mr. Price was hired by Scottsdale to perform an appraisal on the property, after the fire.  Mr. Price will offer testimony regarding the value of the real property destroyed.

<u>Rob Powers</u> – Mr. Powers was retained by Scottsdale to evaluate the insured's equipment and other items of business personal property that were damaged or destroyed in the fire.  Mr. Powers will testify regarding the evaluation of property and the ability to ascertain market prices on such items, as well as the reasonable cost to replace such items.

<u>Betty Wines</u> – Ms. Wines is the Scottsdale Claims Representative who handled this loss.  She will testify regarding Scottsdale's right of subrogation, damages claimed, adjustment of the claim, and amounts paid by Scottsdale under various coverages available under the policy.   She will testify consistent with her deposition.

<u>John Colvard</u> - Mr. Colvard performed the adjustment of the loss.  He will testify regarding the nature and extent of the damage and payments by Scottsdale. He will testify consistent with his deposition.

2)  On behalf of the defendant:

<u>Liability:</u>

> Mark Hoffman
> Design Analysis Engineer
> Ford Motor Company
> c/o Mills Meyers Swartling
> 1000 Second Avenue 30th Floor
> Seattle, WA 98070
> 206 382-1000

Mark Hoffman is a design analysis engineer who was presented as Ford Motor Company's corporate representative in response to plaintiff's FRCP 30(b)(6) deposition notice.  Mr. Hoffman may attend trial as a corporate representative of Ford Motor Company.  He also may be called to testify regarding the subject matters listed in plaintiff's FRCP 30(b)(6) deposition notice and the subjects discussed at his deposition.

JOINT PROPOSED PRETRIAL ORDER
(No. 2:10-cv-00373-MJP) - 8

LAW OFFICES OF
**MILLS  MEYERS  SWARTLING**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON  98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

1
2
3

Jeff D. Colwell, Ph.D., P.E.
Exponent
23445 No. 19th Ave.
Phoenix, AZ 85027
(623) 582-6949

4
5
6
7
8
9
10
11

Mr. Colwell is a Principal Engineer in Exponent's Thermal Sciences practice and and Registered Professional Mechanical Engineer.  He has reviewed the documentation prepared by Seattle Fire Department's Fire Investigation Unit pertaining to the fire at issue in this lawsuit and the photographs taken by Mr. Newell.  He has also inspected the subject vehicle.  He will be called to testify regarding his findings and opinion regarding the cause, origin, and propagation of the fire incident at issue in this lawsuit, as well as any other pertinent opinions.  He may also rebut the testimony of Plaintiff's expert witnesses, if necessary.

12
13
14
15
16

Thomas Brefeld
Engineer
Visteon Corporation
c/o Butzel Long, PC
150 West Jefferson, Suite 100
Detroit Michigan 48226
(313) 225-7000

17
18
19
20

Mr. Brefeld is an engineer at Visteon Corporation who testified as Visteon's corporate representative in response to plaintiff's FRCP 30(b)(6) deposition notice.  Ford may call Mr. Brefeld to testify regarding the topics addressed in his FRCP 30(b)(6) deposition.

21
22
23
24

Mike Schoenecker
Paul Jostens
MDE, Inc.
700 S. Industrial Way
Seattle, WA 98108
(206) 622-2007

25
26

Mr. Schoenecker and Mr. Jostens investigated the cause of the fire and/or examined the subject vehicle, and may testify regarding their diagrams of the vehicle.

27
28

JOINT PROPOSED PRETRIAL ORDER
(No. 2:10-cv-00373-MJP) - 9

LAW OFFICES OF
**MILLS MEYERS SWARTLING**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON  98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

1
2
3

Ralph Newell
Newell Investigative Services, Inc.
470-C Woods Mill Road
Gainesville, GA 30501
(770) 297-7138

4
5
6
7

Mr. Newell is a Certified Fire Investigator.  He has examined the subject vehicle at issue in this lasuit as well as debris and contents removed by other investigators.  He will be called to testify regarding the findings of his examination and review of information pertaining to the fire incident at issue in this lawsuit

8

## OTHER WITNESSES

9

On Behalf of the Plaintiff:

10
11
12
13

Steven Bammert - Mr. Bammert is an officer with the Seattle Fire Department who was present at the fire scene and investigated the fire.  Mr. Bammert may testify about the investigation conducted by the fire department; the efforts to extinguish the fire, and the cause and origin of the fire. He will testify consistent with his deposition.

14
15
16

Tony Little – Mr. Little is an investigator for the Seattle Fire Department.  He helped investigate the cause of the fire and took numerous photographs.  He will testify regarding his early observations regarding the fire and photographs he took at the fire scene.

17
18
19

Roberto Desimone – Mr. Desimone is the Service Representative of Horizon Ford and will testify regarding the maintenance history of the subject truck.  He will testify consistent with his deposition.

20
21
22
23
24
25

Nick Zaknich - Mr. Zaknich's family has owned PSM since 1957.  Mr. Zacknich will testify about the maintenance and purchase of the Ford F550 truck, as well as its history and status.  He will also testify as to the value of his business, including real and personal property owned by the business, as well as the damage done by the fire, including loss of business, value of business personal property destroyed and real property and efforts by PSM to mitigate and limit damages and expenses.  He will testify consistent with his deposition.

26
27
28

LAW OFFICES OF
**MILLS  MEYERS  SWARTLING**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON  98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

1       <u>Mike Chapin</u> - Mr. Chapin is the superintendent of the PSM roofing division.  Mr. Chapin

2   will testify about the maintenance and purchase of the Ford F550 truck.  He will testify consistent

3   with his deposition.

4       <u>John Huber</u> - John Huber is an estimator for PSM.  He may testify as to the purchase,

5   maintenance and use of the Ford F-550 truck.  He will testify consistent with his deposition.

6       <u>George Dickinson</u> – Mr. Dickinson purchased the truck and then sold it to PSM.  He will

7   testify regarding his companies' purchase, modification, and sale of the subject vehicle.  He will

8   testify consistent with his deposition.

9       <u>Patrick E. Riecke</u> - 20509 92nd Ave E, Graham, WA 98338, Ph 253-307-5742.  He may

10  testify regarding the installation of the lift bed in the subject truck.

11      <u>Drew Lucurell</u> – Mr. Lucurell is a public adjuster who was hired by PSM to help adjust its

12  claim with Scottsdale.  He may testify regarding his adjustment of PSM's claim.

13      On Behalf of the Defendant:

14      1.    Nick Zaknich

15          Mike Chapin

16          1128 SW Spokane Street
            Seattle, WA 98134

17          (206) 682-5354

18      Mr. Zaknich and Mr. Chapin are employees of PSM and may be called to testify regarding

19  their knowledge about the damages alleged in Plaintiff's Complaint, the subject product, and other

20  relevant matters.

21      2.    Roberto Desimone
            Horizon Ford

22          11000 Tukwila International Boulevard
            Tukwila, WA 98168-1942

23          (206) 763-9100

24      Roberto Desimone performed maintenance and/or repair work on the subject vehicle and

25  may be called to testify regarding his knowledge of the subject product and other relevant matters.

26

27

28  JOINT PROPOSED PRETRIAL ORDER
    (No. 2:10-cv-00373-MJP) - 11

LAW OFFICES OF
**MILLS MEYERS SWARTLING**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

1

2

3

      3.     George Dickson
            Work Truck Sales
            1085 Valentine Ave. S.E.
            Pacific, WA. 98047
            (253) 863-9675

4

5

6

Mr. Dickson performed maintenance and/or repair work on the subject vehicle and may be called to testify regarding his knowledge of the subject product and other relevant matters.

7

8

      4.     Representatives of Duke's Truck Repair
            2401 Airport Way South
            Seattle, WA 98134-2056
            (206) 623-1394

9

10

11

Representatives of Duke's Truck Repair who performed maintenance and/or repair work on the subject vehicle may be called to testify regarding their knowledge about the subject product, and other relevant matters.

12

13

14

      5.     Patrick E. Riecke
            20509 92nd Ave. E.
            Graham, WA 98338
            (253) 307-5742

15

16

Mr. Riecke may be called to testify regarding the installation of the lift bed in the subject truck.

17

18

19

20

      6.     Steve Bammert
            Tony Little
            Ron Ready
            Seattle Fire Department
            220 Third Avenue So.
            Seattle, WA 98108

21

22

Mr. Bammert, Mr. Little, and Mr. Ready investigated the fire and may be called to testify regarding the fire, the damages alleged in the Plaintiff's Complaint, and other relevant matters.

23

24

25

26

      7.     Rob Powers
            R.D. Powers Salvage Company
            834 Northeast 14th Street
            Medina, WA 98039-3107
            (425) 635-0095

27

28

JOINT PROPOSED PRETRIAL ORDER
(No. 2:10-cv-00373-MJP) - 12

LAW OFFICES OF
**MILLS  MEYERS  SWARTLING**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON  98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

Mr. Powers was retained by Scottsdale to evaluate the insured's equipment and other items of business personal property that were destroyed in the fire. Mr. Powers may testify regarding the evaluation of the actual cash value of property claimed to have been damaged or destroyed in the fire, as well as the topics addressed at his deposition.

8.     John Colvard
       Washington-Oregon Claims Service
       12721 30th Avenue N.E. Suite Suite 202
       Seattle, WA 98125

 Mr. Colvard coordinated the adjustment of the loss on behalf of Scottsdale. He will testify regarding his activities in adjusting the claim, the basis for Scottsdale's payment of the loss, and the topics addressed at his deposition.

9.     Betty Wines
       Claims Specialist
       Scottsdale Insurance Company
       877 Gainey Drive
       Scottsdale, AZ

Betty Wines testified as Scottsdale's corporate representative in response to Ford Motor Company's FRCP 30(b)(6) notice. Ms. Wines may be called to testify as to as the topics listed in Ford's FRCP 30(b)(6) notice to Scottsdale, as well as any other subjects addressed at her deposition.

10.    James B. Price, MAI, SR/WA
       Appraisal Group of the Northwest LLP
       1980 112th Avenue NE, Suite 270
       Bellevue, WA 98004
       (425) 453-9292

Mr. Price is a property appraser and conducted a valuation of the building destroyed in the fire on behalf of Scottsdale. He may be called to testify about the value of PSM's building and underlying land and the topics addressed at his deposition.

## I.     EXHIBITS

(a) Admissibility stipulated:

Plaintiff's Exhibits

JOINT PROPOSED PRETRIAL ORDER
(No. 2:10-cv-00373-MJP) - 13

LAW OFFICES OF
**MILLS  MEYERS  SWARTLING**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON  98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

| 3 | Photocopy of color photograph, marked as Exhibit 4 to the deposition of Douglas Barovksy |
|---|---|
| 4 | Photocopy of color photograph, marked as Exhibit 5 to the deposition of Douglas Barovksy |
| 5 | Photocopy of color photograph, marked as Exhibit 6 to the deposition of Douglas Barovksy |
| 6 | Handwritten notes by Douglas Barovksy regarding 10/12/10 site visit, marked as Exhibit 7 to the deposition of Douglas Barovksy |
| 7 | Photocopy of color photograph, marked as Exhibit 4 to the deposition of Douglas Barovksy |
| 10 | Report by John Colvard to Betty Wines dated 1/28/09 and bates stamped SCO 002711-002714, marked as Exhibit 3 to the deposition of John Colvard |
| 11 | Report by John Colvard to Betty Wines dated 3/6/09 and bates stamped SCO 002791-002793, marked as Exhibit 4 to the deposition of John Colvard |
| 13 | Report by John Colvard to Betty Wines dated 5/12/09 and bates stamped SCO 002732-002733, marked as Exhibit 6 to the deposition of John Colvard |
| 15 | Report by John Colvard to Betty Wines dated 9/4/09 and bates stamped SCO 002095-002096, marked as Exhibit 8 to the deposition of John Colvard |
| 16 | Report by John Colvard to Betty Wines dated 9/20/09 and bates stamped SCO 002145-002146, marked as Exhibit 9 to the deposition of John Colvard |
| 17 | Report by John Colvard to Betty Wines dated 10/12/09 and bates stamped SCO 003514-003515, marked as Exhibit 10 to the deposition of John Colvard |
| 18 | Expense Payment Request from John Colvard to Betty Wines dated 11/11/09, bates stamped SCO 003199, marked as Exhibit 11 to the deposition of John Colvard |
| 21 | Emails exchanged between John Colvard and Betty Wines dated 10/13/10 and bates stamped SCO 003922, marked as Exhibit 14 to the deposition of John Colvard |
| 22 | Emails exchanged between John Colvard and Betty Wines between 8/5/09 and 8/9/09 and bates stamped SCO 002088-002089, marked as Exhibit 15 to the deposition of John Colvard |
| 25 | Colored photographs, 1008028 A0T0 – 06252PH_ 0200 and 1008028 A0T0 – 06252PH_ 0201, marked as Exhibit 3 to the deposition of Jeff Colwell, Ph.D |

JOINT PROPOSED PRETRIAL ORDER
(No. 2:10-cv-00373-MJP) - 14

LAW OFFICES OF
**MILLS MEYERS SWARTLING**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

| 27 | 2004 Wiring Diagrams, Excursion, F-Super Duty 250, 350, 450, 550, marked as Exhibit 5 to the deposition of Jeff Colwell, Ph.D. |
| 28 | Colored photograph, marked as Exhibit 6 to the deposition of Jeff Colwell, Ph.D. |
| 29 | Colored photographs, DSC08283 and DSC08284, marked as Exhibit 7 to the deposition of Jeff Colwell, Ph.D. |
| 34 | Colored photographs identified as 1008028 A0T0-06252PH_0019 and 1008028 A0T0-06252PH_0020, marked as Exhibit 12 to the deposition of Jeff Colwell, Ph.D. |
| 35 | Colored photographs identified as DSC-0115 and DSC-0116, marked as Exhibit 14 to the deposition of Jeff Colwell, Ph.D. |
| 39 | Auto Fire & Safety Consultants' Photographs, marked as Exhibit 3 to the deposition of Cam Cope |
| 41 | Laser color photograph, marked as Exhibit 10 to the deposition of Cam Cope |
| 42 | Laser color photograph, marked as Exhibit 11 to the deposition of Cam Cope |
| 48 | Field Service Actions (Recalls) produced by Ford, marked as Exhibit 7 to the deposition of Mark Hoffman |
| 56 | Adjusters International Personal Property Worksheet, marked as Exhibit 18 to the deposition of Robert Powers |
| 57 | Adjusters International Partial Claim Summary, marked as Exhibit 19 to the deposition of Robert Powers |
| 60 | King County Assessor's Report bates stamped SCO 002457-002460, marked as Exhibit 23 to the deposition of James Price |
| 61 | Exhibit 1 of George Dickson's deposition |
| 64 | Photograph, marked as Exhibit 2 to the deposition of Noel Putaansuu |
| 65 | Photograph, marked as Exhibit 3 to the deposition of Noel Putaansuu |
| 66 | Photograph, marked as Exhibit 5 to the deposition of Noel Putaansuu |
| 67 | Drawing entitled, "TRUCK DWG PAC SHEET METAL" dated 3/20/09, marked as Exhibit 6 to the deposition of Noel Putaansuu |
| 69 | 168 color photographs of the Ford F550, marked as Exhibit 3 to the deposition of Ralph Newell |

JOINT PROPOSED PRETRIAL ORDER
(No. 2:10-cv-00373-MJP) - 15

LAW OFFICES OF
**MILLS MEYERS SWARTLING**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

| | |
|---|---|
| 70 | Newell Investigative Services invoice to Ford Motor Company dated 8/3/10, marked as Exhibit 6 to the deposition of Ralph Newell |
| 71 | Field notes of Ralph Newell, marked as Exhibit 8 to the deposition of Ralph Newell |
| 72 | Diagram by Ralph Newell, marked as Exhibit 9 to the deposition of Ralph Newell |
| 75 | One page copy of photograph of overhead view of warehouse site, marked as Exhibit 2 to the deposition of Ron Ready |
| 77 | One page copy of photograph of fire, marked as Exhibit 6 to the deposition of Ron Ready |
| 78 | Photograph of overhead view of First Avenue South and Spokane Street, marked as Exhibit 10 to the deposition of Ron Ready |
| 79 | 2 page drawing of rack system, marked as Exhibit 11 to the deposition of Ron Ready |
| 80 | Photograph of engine compartment, marked as Exhibit 12 to the deposition of Ron Ready |
| 81 | Ford Motor Company Recall notice dated 7/7/04, marked as Exhibit 13 to the deposition of Ron Ready |
| 83 | Pin-out diagram of the 2004 P131/137 diesel module bates stamped VIS 00092, marked as Exhibit 3 to the deposition of Thomas Brefeld |
| 84 | Fuse and Wiring Design Transmittal bates stamped VIS 00093-00095, marked as Exhibit 5 to the deposition of Thomas Brefeld |
| 85 | Pin-out Schematic bates stamped VIS 00006-00007, marked as Exhibit 6 to the deposition of Thomas Brefeld |
| 90 | Email exchange between John Colvard and Betty Wines dated between 6/15/09 and 7/13/09 and bates stamped SCO 002047-002048, marked as Exhibit 3 to the deposition of Betty Wines |
| 91 | Scottsdale Insurance Company Property Claim Development Report, bates stamped SCO 004247-0004249, marked as Exhibit 6 to the deposition of Betty Wines |
| 92 | Seattle Fire Department photograph log and thumbnail photogrpahs, marked as exh. 8 & 9 to Ron Ready deposition. |
| 94 | Seven page Incident Report, marked as Exhibit 4 to the deposition of Ron Ready |

LAW OFFICES OF
**MILLS MEYERS SWARTLING**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

| 96 | Noel Putaansuu photographs for MDE Project 17713 as listed on the Evidence List included in Noel Putaansuu's report dated 1/11/11 |
| 97 | Doug Barovsky photographs for MDE Project 17713 as listed on the Evidence List included in Noel Putaansuu's report dated 1/11/11 |
| 98 | Michael Fitz photographs for MDE Project 17713 as listed on the Evidence List included in Noel Putaansuu's report dated 1/11/11 |
| 99 | Michael Schoenecker photographs for MDE Project 17713 as listed on the Evidence List included in Noel Putaansuu's report dated 1/11/11 |
| 100 | Diagrams used in report as listed on the Evidence List included in Noel Putaansuu's report dated 1/11/11 |
| 101 | All sketches and figures as listed in Noel Putaansuu's report dated 1/11/11 |
| 102 | All sketches and figures as listed in Douglas Barovsky's report dated 1/11/11 |
| 103 | All sketches and figures listed in Cam Cope report dated 1/11/11 |
| 112 | Conduit, 1" EMT with J-Box as listed as Exhibit 1 on the Evidence List included in Noel Putaansuu's report dated 1/11/11 |
| 113 | Contactor, box and conduits with circuits as listed as Exhibit 2 on the Evidence List included in Noel Putaansuu's report dated 1/11/11 |
| 114 | J-Box, receptacle box, with three conduits and circuits as listed as Exhibit 3 on the Evidence List included in Noel Putaansuu's report dated 1/11/11 |
| 115 | Ceiling mount gas unit heater as listed as Exhibit 4 on the Evidence List included in Noel Putaansuu's report dated 1/11/11 |
| 116 | Oil filled heater as listed as Exhibit 5 on the Evidence List included in Noel Putaansuu's report dated 1/11/11 |
| 117 | Switch box as listed as Exhibit 6 on the Evidence List included in Noel Putaansuu's report dated 1/11/11 |
| 118 | Flex conduit segments as listed as Exhibit 7 on the Evidence List included in Noel Putaansuu's report dated 1/11/11 |
| 119 | Two J-boxes, one duplex receptacle box and one switch box as listed as Exhibit 8 on the Evidence List included in Noel Putaansuu's report dated 1/11/11 |
| 120 | 8' florescent light fixture as listed as Exhibit 9 on the Evidence List included in Noel |

LAW OFFICES OF
**MILLS  MEYERS  SWARTLING**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

| | Putaansuu's report dated 1/11/11 |
|---|---|
| 121 | Conduit elbow as listed as Exhibit 10 on the Evidence List included in Noel Putaansu's report dated 1/11/11 |
| 122 | Circuit breaker sub-panel as listed as Exhibit 11 on the Evidence List included in Noel Putaansu's report dated 1/11/11 |
| 123 | Circuit breaker panel with conduits as listed as Exhibit 12 on the Evidence List included in Noel Putaansu's report dated 1/11/11 |
| 124 | Circuit breaker panel as listed as Exhibit 13 on the Evidence List included in Noel Putaansu's report dated 1/11/11 |
| 125 | Electrical service mast head with conductors as listed as Exhibit 14 on the Evidence List included in Noel Putaansu's report dated 1/11/11 |
| 126 | Melted conductor as listed as Exhibit 15 on the Evidence List included in Noel Putaansu's report dated 1/11/11 |
| 127 | Sub-panel/electrical box as listed as Exhibit 16 on the Evidence List included in Noel Putaansu's report dated 1/11/11 |
| 128 | Circuit breakers as listed as Exibit 17 on the Evidence List included in Noel Putaansu's report dated 1/11/11 |
| 129 | Door bell transformer as listed as Exhibit 18 on the Evidence List included in Noel Putaansu's report dated 1/11/11 |
| 130 | Conduit 1' EMT with J box as listed as Exhibit 19 on the Evidence List included in Noel Putaansu's report dated 1/11/11 |
| 131 | Cover for circuit breaker panel for item -013 as listed as Exhibit 20 on the Evidence List included in Noel Putaansu's report dated 1/11/11 |
| 132 | Warehouse gas unit heater as listed as Exhibit 21 on the Evidence List included in Noel Putaansu's report dated 1/11/11 |
| 133 | Large electrical service panels as listed as Exhibit 22 on the Evidence List included in Noel Putaansu's report dated 1/11/11 |
| 134 | Conduit, 1" EMT with elbow box and conductors as listed as Exhibit 23 on the Evidence List included in Noel Putaansu's report dated 1/11/11 |
| 135 | Side cover for unit heater item – 021 as listed as Exhibit 24 on the Evidence List included in Noel Putaansu's report dated 1/11/11 |

LAW OFFICES OF
**MILLS MEYERS SWARTLING**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

| 136 | Cover for electrical cabinet item -022 as listed as Exhibit 25 on the Evidence List included in Noel Putaansuu's report dated 1/11/11 |
| 137 | Melted aluminum conductor as listed as Exhibit 26 on the Evidence List included in Noel Putaansuu's report dated 1/11/11 |
| 138 | Electrical box cover as listed as Exhibit 27 on the Evidence List included in Noel Putaansuu's report dated 1/11/11 |
| 139 | Flexcon as listed as Exhibit 28 on the Evidence List included in Noel Putaansuu's report dated 1/11/11 |
| 140 | Service Cable as listed as Exhibit 29 on the Evidence List included in Noel Putaansuu's report dated 1/11/11 |
| 141 | ½" EMT with J-Box and circuits as listed as Exhibit 30 on the Evidence List included in Noel Putaansuu's report dated 1/11/11 |
| 142 | ½" EMT with three J-Boxes and circuits as listed as Exhibit 31 on the Evidence List included in Noel Putaansuu's report dated 1/11/11 |
| 143 | Copper strands near right rear of Ford truck by column base as listed as Exhibit 32 on the Evidence List included in Noel Putaansuu's report dated 1/11/11 |
| 144 | Aluminium conductor spliced to copper conductor as listed as Exhibit 33 on the Evidence List included in Noel Putaansuu's report dated 1/11/11 |
| 145 | Copper conductor with red tape as listed as Exhibit 34 on the Evidence List included in Noel Putaansuu's report dated 1/11/11 |
| 146 | Copper conductor with no marking as listed as Exhibit 35 on the Evidence List included in Noel Putaansuu's report dated 1/11/11 |
| 147 | Pallet racking, two upright frames, and step beams as listed as Exhibit 36 on the Evidence List included in Noel Putaansuu's report dated 1/11/11 |
| 148 | Heat distorted step beam labeled WE1 as listed as Exhibit 36A on the Evidence List included in Noel Putaansuu's report dated 1/11/11 |
| 149 | Bag containing electrical conductors found on ground under engine bay at scene as listed as Exhibit 37 on the Evidence List included in Noel Putaansuu's report dated 1/11/11 |
| 150 | Bag with conductor found on steering turn buckle on drag link at copart exam as listed as Exhibit 38 on the Evidence List included in Noel Putaansuu's report dated 1/11/11 |

LAW OFFICES OF
**MILLS  MEYERS  SWARTLING**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

| 151 | Hydraulic lift pump motor cable removed at copart exam as listed as Exhibit 39 on the Evidence List included in Noel Putaansuu's report dated 1/11/11 |
| 152 | Miscellaneous conductors and debris found on ground at copart exam as listed as Exhibit 40 on the Evidence List included in Noel Putaansuu's report dated 1/11/11 |
| 153 | PCM and battery plates from truck as listed as Exhibit 41 on the Evidence List included in Noel Putaansuu's report dated 1/11/11 |
| 154 | Stranded copper conductor section from truck as listed as Exhibit 42 on the Evidence List included in Noel Putaansuu's report dated 1/11/11 |
| 155 | Harness conductors from truck as listed as Exhibit 43 on the Evidence List included in Noel Putaansuu's report dated 1/11/11 |
| 156 | Battery plate remains from truck as listed as Exhibit 44 on the Evidence List included in Noel Putaansuu's report dated 1/11/11 |
| 157 | Large batter plate remains from truck as listed as Exhibit 45 on the Evidence List included in Noel Putaansuu's report dated 1/11/11 |
| 158 | Melted aluminum fragment sifted from debris pile as listed as Exhibit 46 on the Evidence List included in Noel Putaansuu's report dated 1/11/11 |
| 159 | Debris from tarp wrapped under truck as listed as Exhibit 47 on the Evidence List included in Noel Putaansuu's report dated 1/11/11 |
| 160 | Bracket as listed as Exhibit 48 on the Evidence List included in Noel Putaansuu's report dated 1/11/11 |
| 161 | Aluminum found under F550 as listed as Exhibit 49 on the Evidence List included in Noel Putaansuu's report dated 1/11/11 |
| 162 | Debris swept from under left from wheel region as listed as Exhibit 50 on the Evidence List included in Noel Putaansuu's report dated 1/11/11 |
| 163 | Remains of component sifted from debris as listed as Exhibit 51 on the Evidence List included in Noel Putaansuu's report dated 1/11/11 |
| 164 | Debris from under engine as listed as Exhibit 52 on the Evidence List included in Noel Putaansuu's report dated 1/11/11 |
| 165 | Exemplar Ford PCM as listed as Exhibit E01 on the Evidence List included in Noel Putaansuu's report dated 1/11/11 |

LAW OFFICES OF
**MILLS  MEYERS  SWARTLING**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

| 166 | Pallett as listed as Exhibit P01 on the Evidence List included in Noel Putaansuu's report dated 1/11/11 |

Defendant's Exhibits

| 501 | Factory invoice for subject vehicle [FORD 56] |
| 502 | 2005 F-250,350,450,550 Owner Guide [FORD 106-417] |
| 512 | Work Truck Sales Inc. Vehicle sales documents for subject vehicle [wts 4-17] |
| 515 | Horizon Truck Ctr repair recs [horizon 4-37] |
| 519 | 1/13/08 MDE photos from michael schoenecker site visit |
| 520 | 1/3/09 MDE photos of site visit |
| 521 | 1/7/09 MDE photos #1 |
| 522 | 1/7/09 MDE photos #2 |
| 523 | 1/7/09 MDE photos #3 |
| 524 | 1/13/09 Fitz/MDE scene photos |
| 525 | 1/15/09 Barovsky/MDE photos-utility power |
| 526 | 2/5/09 Barovsky/MDE site inspection photos |
| 527 | 2/6/09 MDE photos-f550 removal |
| 528 | 3/23/09 MDE photos |
| 529 | 3/30/09 MDE photos-mvs coparts |
| 530 | 6/8/09 MDE photos-2nd inspection |
| 531 | 10/11/10 MDE photos |
| 532 | 10/13/10 MDE evidence photos #1 |
| 533 | 10/13/10 MDE evidence photos #2 |
| 534 | 2/4/11 MDE Copart exam |
| 535 | 2/4/11 MDE site exam |
| 536 | 3/4/11 MDE photos of exemplar 2008 f550 lift |

JOINT PROPOSED PRETRIAL ORDER
(No. 2:10-cv-00373-MJP) - 21

LAW OFFICES OF
**MILLS MEYERS SWARTLING**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

| 537 | Mde photos of examplar 2004 f250 diesel |
| 538 | Mde photos of examplar 2005 f350 |
| 540 | Cam Cope vehicle fire investigation check list [cope dep ex 6] |
| 542 | Jeff Colwell 2/4/11 inspection photos |
| 552 | Replacement pricing information obtained by rob powers, produced by plaintiff as "Rob Powers file materials" [doc001(6) – doc001-22(5)] |

(a)  Authenticity stipulated, admissibility disputed:

Plaintiff's Exhibits

| 1 | Report prepared by Douglas Barovsky dated January 11, 2001, marked as Exhibit 1 to the deposition of Douglas Barovsky |
| 2 | Handwritten notes by Douglas Barovksy regarding 2/5/09 site visit, marked as Exhibit 3 to the deposition of Douglas Barovksy |
| 8 | Handwritten notes entitled, "Documented/Photographed CB off CT Enclosure" dated 10/13/10 by Douglas Barovksy, marked as Exhibit 9 to the deposition of Douglas Barovksy |
| 9 | Report by John Colvard to Betty Wines dated 1/19/09 and bates stamped SCO 002417-002425, marked as Exhibit 2 to the deposition of John Colvard |
| 12 | Report by John Colvard to Betty Wines dated 3/16/09 and bates stamped SCO 003353-003355, marked as Exhibit 5 to the deposition of John Colvard |
| 14 | Report by John Colvard to Betty Wines dated 8/11/09 and bates stamped SCO 003584-003588, marked as Exhibit 7 to the deposition of John Colvard |
| 19 | Reopen Report by John Colvard to Betty Wines dated 6/16/10 and bates stamped SCO 003022-003023, marked as Exhibit 12 to the deposition of John Colvard |
| 20 | Status Report by John Colvard to Betty Wines dated 12/21/10 and bates stamped SCO 003786-003789, marked as Exhibit 13 to the deposition of John Colvard |

LAW OFFICES OF
MILLS MEYERS SWARTLING
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

| 23 | Emails exchanged between Mark Uchimura and John Colvard dated 3/11/09 and bates stamped SCO 05000282, marked as Exhibit 16 to the deposition of John Colvard |
| 32 | Auto Fire & Safety Consultants Rebuttal Report Relative to the matter of Case No. 10-CV-00373-MJP, dated 2/9/11, marked as Exhibit 10 to the deposition of Jeff Colwell, Ph.D. |
| 33 | Letter from Ralph Newell to Allison Miller dated 1/7/11, marked as Exhibit 11 to the deposition of Jeff Colwell, Ph.D. |
| 36 | Seattle Fire Department Fire Investigator's Scene Report dated 1/7/09, marked as Exhibit 5 to the deposition of Ron Ready |
| 38 | Selected Cam Cope Photographs, information and photographs regarding Power Train Control Module, engine compartment diagrams and vehicle wiring diagrams, and Ford recall information and claims summary   ( from Exhibit 2 to the deposition of Cam Cope |
| 40 | Auto Fire & Safety Consultants' Report by Cam Cope dated 1/11/11, marked as Exhibit 9 to the deposition of Cam Cope |
| 43 | Letter from Ray S. Weber to Mike Goodin dated 2/16/11, marked as Exhibit 2 to the deposition of Mark Hoffman |
| 44 | List of Non-litigated Claims produced by Ford, marked as Exhibit 3 to the deposition of Mark Hoffman |
| 45 | List of Lawsuits produced by Ford, marked as Exhibit 4 to the deposition of Mark Hoffman |
| 46 | CQIS Detail Report produced by Ford, marked as Exhibit 5 to the deposition of Mark Hoffman |
| 47 | Technical Service Bulletins produced by Ford, marked as Exhibit 6 to the deposition of Mark Hoffman |
| 49 | Letter from Michael Goodin to Safeco Insurance Company, Ford Motor Company, |

LAW OFFICES OF
**MILLS MEYERS SWARTLING**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

| | |
|---|---|
| | Horizon Ford, Work Truck Sales, and Duke Truck Repair dated 1/19/09 and bates stamped FORD000014-000015, marked as Exhibit 9 to the deposition of Mark Hoffman |
| 50 | Letter from Michael Goodin to Safeco Insurance Company, Ford Motor Company, Horizon Ford, Work Truck Sales, and Duke Truck Repair dated 1/23/09 and bates stamped FORD000016-000021, marked as Exhibit 10 to the deposition of Mark Hoffman |
| 51 | Letter from Michael Goodin to Safeco Insurance Company, Ford Motor Company, Horizon Ford, Work Truck Sales, and Duke Truck Repair dated 3/3/09 and bates stamped FORD000022-000023, marked as Exhibit 11 to the deposition of Mark Hoffman |
| 52 | Master Owner Relations System III Report dated 2/14/11, marked as Exhibit 12 to the deposition of Mark Hoffman |
| 53 | CQIS Detail Report dated 2/14/11, marked as Exhibit 13 to the deposition of Mark Hoffman |
| 54 | Master Owner Relations System III Report dated 2/14/11, marked as Exhibit 14 to the deposition of Mark Hoffman |
| 55 | Email exchange between Robert Powers and John Colvard 7/29/09 through 9/18/09 and bates stamped SCO 002147-002151, marked as Exhibit 17 to the deposition of Robert Powers |
| 58 | Submission Business Property Summary email exchange between Betty Wines, John Colvard and Robert Powers dated 7/29/09 and 10/15/09 and bates stamped SCO 003055-003965, marked as Exhibit 20 to the deposition of Robert Powers |
| 59 | Appraisal Group of the Northwest Summary Appraisal of 2 Warehouses dated 2/17/09 and bates stamped SCO 003398-003467, marked as Exhibit 21 to the deposition of James Price |
| 62 | Exhibit 1 of Roberto Desimone's deposition |

JOINT PROPOSED PRETRIAL ORDER
(No. 2:10-cv-00373-MJP) - 24

LAW OFFICES OF
**MILLS MEYERS SWARTLING**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

| 63 | Report by Noel Puttansuu dated 1/11/11 with attached CV and evidence list, marked as Exhibit 1 to the deposition of Noel Putaansuu |
| 68 | Letter from Ralph Newell to Allison Miller dated 1/7/11, marked as Exhibit 2 to the deposition of Ralph Newell |
| 73 | Vehicle and warranty information included in Ex. 12 to Newell deposition (Tab 3 of Ex. binder) |
| 74 | Color photocopies of 2 photographs of a steel, hexagonal part, marked as Exhibit 13 to the deposition of Ralph Newell |
| 76 | One page handwritten diagram depicting interior layout of warehouse site, marked as Exhibit 3 to the deposition of Ron Ready |
| 82 | Emails exchanged between David Tsang and Bina Hossein dated 2/21/08 and bates stamped VIS 00138, marked as Exhibit 1 to the deposition of Thomas Brefeld |
| 83 | Report by Timothy Tribe, marked as Exhibit 8 to the deposition of Timothy Tribe |
| 84 | Adjusters International Partial Claim Submission, Business Property Summary, marked as Exhibit 9 to the deposition of Timothy Tribe |
| 85 | Adjusters International Personal Property Worksheet, marked as Exhibit 10 to the deposition of Timothy Tribe |
| 86 | Scottsdale Insurance Policy with PSM. |
| 87 | Report by Timothy Tribe, marked as Exhibit 8 to the deposition of Timothy Tribe |
| 88 | Adjusters International Partial Claim Submission, Business Property Summary, marked as Exhibit 9 to the deposition of Timothy Tribe |
| 89 | Adjusters International Personal Property Worksheet, marked as Exhibit 10 to the deposition of Timothy Tribe |
| 93 | Larger copies of Seattle Fire Department photographs, marked as exh. 8 & 9 to Ron Ready deposition. |
| 95 | One page Seattle Fire Department Fire Investigator's Report, marked as exh. 9 to |

JOINT PROPOSED PRETRIAL ORDER
(No. 2:10-cv-00373-MJP) - 25

LAW OFFICES OF
**MILLS MEYERS SWARTLING**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

| | Ready deposition |
|---|---|
| 104 | All Diagrams, sketches, and spreadsheets listed in Tim Tribe's report dated 1/11/11 |
| 105 | Noel Putaansuu overlay of smoke plume in warehouse |
| 106 | Vehicle Recall information contained in file of Jeff Colwell, Ph.d |
| 107 | Photos and information regarding fires in Ford exemplar vehicles relating to PCM fires. |
| 108 | Photos of exemplar vehicles involved in engine compartment fires, taken by Cam Cope, and included in his deposition binder. |
| 109 | All photographs, diagrams, and notes contained in Cope deposition Exhibit 2. |
| 110 | All photos of exemplar vehicle involved in engine compartment fire taken by Mike Schoenecker of MDE. |
| 111 | All documents related to Ford Motor Company recalls included in Cope deposition Exhibit 2. |
| 167 | Exemplar PCM in Cam Cope's file |

Defendant's Exhibits

| | |
|---|---|
| 503 | NAE-CAPE-PCSE 2004 MY P131/U137 Diesel Application Requirements Document (ARD) [VIS 1-5] |
| 504 | Visteon Wiring Diagram No. VS-3C3U-3458-AG [VIS 6] |
| 505 | Visteon Wiring Diagram VS-3C3U-3458-AG [VIS 7] |
| 506 | Visteon Wiring Diagram VS-3C3U-3458-AG [VIS 8-91] |
| 507 | 2004 P131/U137 Diesel DPU-2xx "Job 1" PCM Pinout [VIS 92] |
| 508 | Ford Fuse Protection Wiring Diagram [VIS 93-95] |
| 509 | 12/8/00 letter from Visteon to Stephanie Howie with attachments [VIS 96-137] |
| 510 | 2/21/03 e-mail from David Tsang to Hossein Bina [VIS 138-139] |

JOINT PROPOSED PRETRIAL ORDER
(No. 2:10-cv-00373-MJP) - 26

LAW OFFICES OF
**MILLS MEYERS SWARTLING**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

| | |
|---|---|
| 511 | Visteon Design Verification Plan and Report [VIS 140-146] |
| 513 | Scott LL-600 Drop Hinge Hoist Installation and Operation Specifications [WTS 18-32] |
| 514 | Ford Claim Detail Reports [FORD 470-487] |
| 516 | Plaintiff Scottsdale Insurance Company's 11/08/10 Responses to Defendant Ford's First Set of Interrogatories |
| 517 | Plaintiff Scottsdale Insurance Company's 3/28/11 Supplemental Responses to Defendant Ford's First Set of Interrogatories |
| 518 | Barovsky 3/20/09 Diagrams & Notes [Barovsky Dep Ex 2] |
| 539 | Cam Cope Diagrams & Notes [Cope Dep Ex 5] |
| 541 | Ralph Newell Diagrams & Notes [Newell Dep Ex 10] |
| 543 | Jeff Colwell Exemplar Powertrain Control Module Photographs |
| 544 | Jeff Colwell Exemplar Vehicle Inspection Photographs |
| 546 | Jeff Colwell 2/5/09 Diagram & Notes [Colwell Dep Ex 13] |
| 549 | Pacific Sheet Metal 12/10/08 Commercial Insurance Application (from Scottsdale Underwriter's file) |
| 550 | Pacific Sheet Metal Statement of Values (from Scottsdale Underwriter's file) |
| 551 | 12/15/08 E-mail exchange between S. Bersch (Swett & Crawford) and M. Engstrom (Scottsdale), produced as Scottsdale Underwriter's File, pgs. 3-6 |
| 553 | 08/28/09 E-mail from Rob Powers to John Colvard, produced by Plaintiff as "Rob Powers File Materials" [DOC001-21(5)] |
| 554 | 08/21/09 E-mail from Rob Powers to John Colvard, produced by Plaintiff as "Rob Powers File Materials" [DOC001-22(5) |
| 555 | Slides 8-24 from Colwell Supplemental Report Appendix C (offered for Illustrative purposes) |
| 556 | Figures 1-4 from Colwell Supplemental Report |

JOINT PROPOSED PRETRIAL ORDER
(No. 2:10-cv-00373-MJP) - 27

LAW OFFICES OF
**MILLS MEYERS SWARTLING**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

| 557 | Figures 7-12 from Colwell Supplemental Report (offered for illustrative purposes) |
| 558 | Engineering Specification details for Part Number VE3M8U-12A650-BA and bates stamped VIS00190, marked as Exhibit 2 to the deposition of Thomas Brefeld |
| 559 | Typical Test Configuration Figure 3.1.1 for Part Number VE3M8U-12A650-BA bates stamped VIS 00196-00197, marked as Exhibit 4 to the deposition of Thomas Brefeld |
| 560 | Failure Analysis portion of Engineering Specifications bates stamped VIS 00311-00315, marked as Exhibit 7 to the deposition of Thomas Brefeld |

(a)  Authenticity and admissibility disputed:

Defendant's Exhibits

| 545 | Example of Propagating Circuit Board Fault [Colwell Dep Ex 8] |
| 547 | US-Reports, Inc. 1/7/09 Underwriting Report regarding Pacific Sheet Metal Policy No. CFS0199051 [Price Dep Ex No 22] |
| 548 | AMEC 3/5/09 Good Faith Asbestos Survey and Lead TCLP Sampling for the Pacific Sheet Metal building [Price Dep Ex No 24] |

Ford reserves the right to use any exhibit identified by Plaintiff.  If Scottsdale withdraws any exhibit, Ford reserves the right to add the exhibit to Ford's exhibit list.  Scottsdale reserves the right to use any exhibit identified by Ford.  If Ford withdraws any exhibit, Scottsdale reserves the right to add the exhibit to Scottsdale's exhibit list.

## X.  ACTIONS BY THE COURT

(a)     This case is scheduled for a trial before a jury beginning on July 6, 2011 at 9:00 a.m. and running through July 22, 2011.

(b)     Motions *in limine* were filed on June 13, 2011.

(c)     Trial briefs shall be submitted to the Court by June 29, 2011.

LAW OFFICES OF
**MILLS   MEYERS   SWARTLING**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON  98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

(d)      Jury instructions requested by either party shall be submitted to the Court on or before June 29, 2011. Suggested questions of either party to be asked of the jury by the Court on voir dire shall be submitted to the Court on or before June 29, 2011.

(e)      The Court has issued the following rulings in this case:

i.      An Order denying Ford's motion for partial summary judgment on the issue of whether Scottsdale's measure of damages is replacement cost basis.

ii.      An Order allowing PSM to intervene in the lawsuit, but ruling that the trial related to its damages would be bifurcated.

This Order has been approved by the parties as evidenced by the signatures of their counsel. This Order shall control the subsequent course of the action unless modified by a subsequent order. This Order shall not be amended except by order of the Court pursuant to agreement of the parties or to prevent manifest injustice.

DATED this _____ day of June 2011.

_____
The Honorable Marsha J. Pechman

FORM APPROVED:

EVEZICH LAW OFFICES, P.L.L.C.
Attorneys for Scottsdale Insurance Company

By: _/s/ Craig Evezich, telephone authority___
       Craig Evezich, WSBA No. 20957
       craig@evezich.com

CLAUSEN MILLER, P.C.
Attorneys for Scottsdale Insurance Company

By: _/s/ Michael W. Goodin, e-mail authority__
       Michael W. Goodin, *Pro Hac Vice*
       mgoodin@clausen.com

JOINT PROPOSED PRETRIAL ORDER
(No. 2:10-cv-00373-MJP) - 29

LAW OFFICES OF
**MILLS  MEYERS  SWARTLING**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON  98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

1
2
MILLS MEYERS SWARTLING
Attorneys for Ford Motor Company

3
By:   _/s/ Kasey D. Huebner_____
     Raymond S. Weber, WSBA No. 18207
4
     rweber@mms-seattle.com
     Kasey D. Huebner, WSBA No. 32890
5
     khuebner@mms-seattle.com
     John T. Fetters, WSBA No. 40800
6
     jfetters@mms-seattle.com

7

8
COPY RECEIVED:

9
HECKER WAKEFIELD & FEILBERG, P.S.
10
Attorneys for Intervening Plaintiff Pacific Sheet Metal

11
By:   _/s/ Jordan M. Hecker, e-mail authority_____
     Jordan M. Hecker, WSBA No. 14374
12
     jhecker@heckerwakefield.com
     Joshua D. Brittingham, WSBA No. 42061
13
     jbrittingham@heckerwakefield.com

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT PROPOSED PRETRIAL ORDER
(No. 2:10-cv-00373-MJP) - 30

LAW OFFICES OF
**MILLS  MEYERS  SWARTLING**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Craig Evezich, craig@evezich.com

G. Brent Sims, bsims@clausen.com

Michael W. Goodin, mgoodin@clausen.com

Jordan M Hecker, jordanh@heckerwakefield.com, lesliep@heckerwakefield.com

Joshua Brittingham, jbrittingham@heckerwakefield.com

I further certify that I mailed a true and correct copy of the foregoing to the following non-CM/ECF participant:

N/A

DATED this 22nd day of June 2011.

_/s/ Teresa A. Caceres_
Teresa A. Caceres, Legal Assistant

JOINT PROPOSED PRETRIAL ORDER
(No. 2:10-cv-00373-MJP) - 31

LAW OFFICES OF
**MILLS MEYERS SWARTLING**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343